THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant, *v.* ROBERT GRIER MONROE, as Commissioner of Water Supply, Gas and Electricity of the City of New York, et al., Respondents.

*People ex rel. Consolidated T. & E. Subway Co.* v. *Monroe*, 85 App. Div. 542, affirmed.

(Argued October 8, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 3, 1903, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant commissioner of water supply, gas and electricity to issue to the relator permits to open the streets of the city of New York for the purpose of constructing ducts for electrical conductors.

*Henry J. Hemmens* and *Samuel A. Beardsley* for appellant.

*James Byrne* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.